UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61141-BLOOM/Valle

MARILYN ADAMS,

    Plaintiff,

v.

PARADISE CRUISE LINE
OPERATOR LTD., INC.

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon the Defendant's Motion for Continuance of Trial, ECF No. [120] ("Motion"), filed on June 5, 2020. Plaintiff filed her response in opposition to the Motion, ECF No. [122] ("Response"), on June 11, to which the Defendant replied on June 16, 2020, ECF No. [124] ("Reply"). The Court has reviewed the Motion, all opposing and supporting submissions, the record in this case, the applicable law, and is otherwise fully advised. For the reasons discussed below, the Motion is denied.

Defendant seeks to continue the bench trial that is currently scheduled during the trial period beginning on July 20, 2020, citing obstacles regarding the ongoing COVID-19 pandemic. Federal Rule of Civil Procedure 16 states that, in order to modify a scheduling order, a movant must show "good cause." Fed. R. Civ. P. 16(b)(4). "This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998). If the party seeking relief "was not diligent, the [good cause] inquiry should end." *Id.* (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)).

Case No. 16-cv-62017-BLOOM/Valle

Initially, the Court notes that the discovery and dispositive motion deadlines in this case have already passed, and, as noted above, this case is currently scheduled to proceed to a bench trial during the trial period of July 20, 2020. Moreover, in its Motion and its Reply, Defendant has failed to specify any witness that will be unable to participate in the upcoming bench trial. Instead, Defendant only notes that proceeding with a bench trial amidst its efforts to resume operations will impose a significant burden on Defendant. Absent more compelling reasons to continue the bench trial in this action for another two months, Defendant's Motion must be denied.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion, **ECF No. [120]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 19, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record